# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-0380
L.T. Case No. 2015-CA-007922
_____

WILLIAM A. OMRAN,

Appellant,

v.

PUBLIX SUPER MARKETS, INC.,
TARGET CORPORATION, et al,

Appellees.

_____

On appeal from the Circuit Court for Duval County.
Bruce R. Anderson, Jr., Judge.

Michael K. Roberts, of Law Offices of Nooney, Roberts, Hewett, and Nowicki, Jacksonville, for Appellant.

Diane G. DeWolf and Nancy M. Wallace, of Akerman LLP, Tallahassee, for Appellee, Publix Super Markets, Inc.

Joseph B. Stokes, III, and Angelica L. Inclan, of Saalfield Shad, P.A., Jacksonville, for Appellee, Target Corporation.

No Appearance for Other Appellees.

January 6, 2025

PER CURIAM.

AFFIRMED.

EDWARDS, KILBANE, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____